VAN ALLYN GOODWIN, Bar No. 095170
vgoodwin@littler.com
LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
Telephone: 619.515.1803
Facsimile: 619.615.2312

MICHELLE RAPOPORT, Bar No. 247459
mrapoport@littler.com
LITTLER MENDELSON, P.C.
633 West 5th Street, 63rd Floor
Los Angeles, CA 90071
Telephone: 213.443.4300
Facsimile: 213.443.4299

JS-6

Attorneys for Defendant
AVALON CAPITAL GROUP, INC.

CARNEY R. SHEGERIAN, Bar No. 150461
CShegerian@Shegerianlaw.com
SHEGERIAN & ASSOCIATES, INC.
225 Santa Monica Boulevard, Suite 700
Santa Monica, CA 90401
Telephone: 310.860.0770
Facsimile: 310.860.0771

PETER A. JAVANMARDI, Bar No. 258449
Peter@Javanmardilaw.com
LAW OFFICES OF PETER JAVANMARDI
225 Santa Monica Boulevard, Suite 700
Santa Monica, California 90401
Telephone: (818) 714-1634
Facsimile: (310) 564-0347

Attorneys for Plaintiff
EDWARD TIMKO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD TIMKO,<br><br>            Plaintiff,<br><br>v.<br><br>AVALON CAPITAL GROUP, INC.;<br>AND DOES 1 TO 100, INCLUSIVE,<br><br>            Defendants. | Case No. CV 14-6209-JFW (ASx)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[F. R. CIV. P. RULE 41(A)(1)(II)] |

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

Stipulation Dismissing Action

TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiff EDWARD TIMKO and Defendant AVALON CAPITAL GROUP, INC., through their respective counsel of record, that the above-captioned action shall be voluntarily dismissed with prejudice in its entirety, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own respective costs of suit and attorneys' fees.

Dated: March 6, 2015

_____
PETER JAVANMARDI
LAW OFFICES OF PETER JAVANMARDI
Attorneys for Plaintiff

Dated: March 6, 2015

_____
VAN ALLYN GOODWIN
MICHELLE RAPOPORT
LITTLER MENDELSON, P.C.
Attorneys for Defendant

Firmwide:131905591.2 071866.1003

IT IS SO ORDERED

3/9/15

_____

Stipulation Dismissing Action